SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-FILING

FILED

2007 NOV -3 P 3: 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00760 JW PVT |
| Plaintiff, | VIOLATION: Title 31, United States Code, Section 5322(a); Failure to Report a Suspicious Transaction |
| v. | |
| MOHAMMAD MAYSSAMI, | |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about February 14, 2003, in the Northern District of California and elsewhere, the defendant,

MOHAMMAD MAYSSAMI,

did willfully fail to report a suspicious transaction relevant to a possible violation of law or regulation as required by Subchapter II of Chapter 53 of Title 31 of the United States Code (codified at 31 U.S.C. §§ 5312 through 5332) and Title 31, Code of Federal Regulations, section 103.20(a)(2)(iii);

//
//

1
2      All in violation of Title 31, United States Code, section 5322(a).

3    DATED: 12/3/07
4                                              SCOTT N. SCHOOLS
                                               United States Attorney
5
6
7                                              _____
                                               MATTHEW A. PARRELLA
                                               Chief, San Jose Branch Office
8
      (Approved as to form: _____)
9                            AUSA Gary G. Fry

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION
[ 06-00597 RMW ]                    -2-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

31 U.S.C. 5322(a)
Failure to File a Suspicious Transaction Report

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
5 years imprisonment
3 years supervised release
$250,000.00 fine
$100.00 penalty assessment

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV -3 P 3:09
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DEFENDANT - U.S.

▶ Mohammad Mayssami

DISTRICT COURT NUMBER

CR 07 00760 JW PVT

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
Special Agent Mary Hickok, IRS Criminal Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM     SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Gary G. Fry

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: