1  ROBERT S. BREWER, JR. (SBN 65294)
   E-mail: rbrewer@mckennalong.com
2  ROBERT J. LAUCHLAN, JR. (SBN 118545)
   E-mail: rlauchlan@mckennalong.com
3  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
4  San Diego, CA 92101
   Telephone:   (619) 595-5400
5  Facsimile:   (619) 595-5450

6  Attorneys for Defendant
   MOHAMMAD MAYSSAMI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-07-00760 JW |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| MOHAMMAD MAYSSAMI, | |
| Defendant. | |

Robert S. Brewer, Jr., and Robert J. Lauchlan, Jr., of the law firm McKenna Long & Aldridge LLP, located at the above-indicated address, hereby enter their appearance as counsel of record in this case for Defendant Mohammad Mayssami.

Dated: December 4, 2007

MCKENNA LONG & ALDRIDGE LLP

*/s/ Robert J. Lauchlan, Jr.*
ROBERT S. BREWER, JR.
ROBERT J. LAUCHLAN, JR.
Attorneys for Defendant MOHAMMAD MAYSSAMI

SD:22161681.1

NOTICE OF APPEARANCE

U.S. v. Mohammad Mayssami
Case No. CR 07-00760 JW

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following document(s):

- **NOTICE OF APPEARANCE**

was served upon all counsel of record via CM/ECF as indicated/listed on the United States District Court, Northern District of California's CM/ECF registered email list in the above-referenced matter (as set forth below):

*Attorneys for Plaintiff*
*United States of America*

Gary G. Fry, Esq.
Assistant United States Attorney
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
(408) 535-5061 / Fax (408) 535-5066
Gary.Fry@usdoj.gov

Executed this 4$^h$ day of December, 2007, at San Diego, California.

_____
Jamie L. Hornsby

SD:22161708.1

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

CERTIFICATE OF SERVICE                                    CASE NO. 5:06-CV-04269-RS