**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** December 17, 2007          **TIME:** 10:30 am

**CRIMINAL NO.:** CR-07-00760-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MOHAMMAD MAYSSAMI
          APPEARANCES:                           (P)

**PLTF:** AUSA: G. Fry          **DEFT:** R. Lauchlan, Jr.

**COURT ACTION: DISPOSITION**

**Hearing Held. The defendant plead guilty to Count 1 of the Information. An executed Plea Agreement was previously filed with the Court. The Court set a sentencing hearing for March 31, 2008 @ 9:00 am. The defendant shall remain on the same conditions of release pending sentencing.**

          /s/ Jackie Garcia
          **JACKIE GARCIA**
          **Courtroom Deputy**