AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

MOHAMMAD MAYSSAMI

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07 00760 JW PVT

I, MOHAMMAD MAYSSAMI, the above named defendant, who is accused of

31 USC § 5322 (a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on DECEMBER 17, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer