1  ROBERT S. BREWER, JR. (SBN 65294)
     E-mail: rbrewer@mckennalong.com
2  ROBERT J. LAUCHLAN, JR. (SBN 118545)
     E-mail: rlauchlan@mckennalong.com
3  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
4  San Diego, CA  92101
   Telephone:    (619) 595-5400
5  Facsimile:    (619) 595-5450

6  Attorneys for Defendant,
   MOHAMMAD MAYSSAMI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD MAYSSAMI,<br><br>Defendant. | Case No.  5:07-cr-00760-RMW (PVT)<br><br>**APPLICATION FOR TRAVEL;<br>DECLARATION OF COUNSEL**<br><br>HON. PATRICIA V. TRUMBULL |

Defendant Mohammad Mayssami hereby applies to this Court for an order authorizing his departure from the State of California, and his travel to Las Vegas, Nevada, from December 21, 2007, to December 26, 2007, to attend a reunion of family members, relatives and siblings. It is estimated that more than twenty (20) family members, relatives and siblings will attend the reunion, and thus a number of hotel reservations are necessary. At this time, it is anticipated that Mr. Mayssami will stay at the MGM Grand Las Vegas, 3799 Las Vegas Boulevard South, Las Vegas, Nevada 89109, (702) 891-1111.

Undersigned counsel has discussed this request with two Pretrial Services officers, including Mr. Jaime A. Carranza, (408) 535-5226, who is supervising Mr. Mayssami until transfer to a Pretrial Services officer in San Diego. Mr. Carranza states that he has no objection to the proposed travel request, provided he is informed should travel in fact occur.

1 |     Undersigned counsel has spoken with Assistant United States Attorney Gary G. Fry, who
2 | has no objection to the proposed travel request.
3 |     This application is based upon this declaration of undersigned counsel, filed and served
4 | herewith.
5 |     By signing and filing this application, I hereby declare under penalty of perjury that the
6 | facts asserted in support of the request are true and correct.

8 | Dated: December 18, 2007            Respectfully submitted,
9 |                                               MCKENNA LONG & ALDRIDGE LLP

                                              ROBERT S. BREWER, JR.
                                              ROBERT J. LAUCHLAN, JR.
                                              Attorneys for Defendant MOHAMMAD MAYSSAMI

SD:22162038.1

U.S. v. Mohammad Mayssami
Case No. 5:07-cr-00760-RMW (PVT)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following document(s):

- **APPLICATION FOR TRAVEL; DECLARATION OF COUNSEL; and**
- **[PROPOSED] ORDER AUTHORIZING TRAVEL**

☒ was served upon all counsel of record via CM/ECF as indicated/listed on the United States District Court, Northern District of California's CM/ECF registered email list in the above-referenced matter (as set forth below):

| *Attorneys for Plaintiff* <br> *United States of America* | Gary G. Fry, Esq. <br> Assistant United States Attorney <br> United States Attorney's Office <br> 150 Almaden Boulevard, Suite 900 <br> San Jose, CA 95113 <br> (408) 535-5061 / Fax (408) 535-5066 <br> Gary.Fry@usdoj.gov |
|---|---|

☒ via personal service, overnight mail (VIA UPS Overnight), facsimile, first class mail or e-mail, as indicated below:

| *U.S. Pretrial Services Officer* | Jaime A. Carranza, Officer In Charge <br> U.S. Pretrial Services <br> Northern District of California <br> 280 South First Street, Suite 1150 <br> San Jose, CA 95113 <br> Telephone:  (408) 535-5226 <br> Facsimile:  (408) 535-5227 <br> ***Via Facsimile and U.S. Mail*** |
|---|---|

Executed this 18th day of December, 2007, at San Diego, California.

_____
Jamie L. Hornsby

SD:22161708.1