

FILED

DEC 20 2007

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMAD MAYSSAMI,<br><br>    Defendant. | Case No. 5:07-cr-00760-RMW (PVT)<br><br>[PROPOSED] ORDER AUTHORIZING TRAVEL<br><br>HON. PATRICIA V. TRUMBULL |

Upon application of defendant and good cause appearing,

IT IS HEREBY ORDERED that defendant MOHAMMAD MAYSSAMI be permitted to travel outside the State of California, to Las Vegas, Nevada, from December 21, 2007, to December 26, 2007, provided, if Mr. Mayssami does so travel, he shall telephone United States Pretrial Services Officer Jaime A. Carranza at (408) 535-5226, and inform Mr. Carranza of: (1) Mr. Mayssami's departure from California, before it occurs; (2) within twelve (12) hours of arriving in Las Vegas, Nevada, his lodging there, if other than the MGM Grand Las Vegas, 3799 Las Vegas Boulevard South, Las Vegas, Nevada, 89109, (702) 891-1111; and (3) his return to California, within twelve (12) hours of when it occurs, which shall be no later than December 26, 2007 midnight. All other terms and conditions of release shall remain in full force and effect.

Dated: 12/19/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

SD:22162040.1