JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. No. 07-00760 RMW |
|    Plaintiff | **UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING** |
|    v. | |
| MOHAMMAD MAYSSAMI, | Date: Monday March 31, 2008 |
|    Defendant | Time: 9:00 a.m. |
| | Court: Hon. Ronald M. Whyte |

    COMES NOW THE UNITED STATES OF AMERICA, and moves this court for an order continuing the sentencing in the above captioned matter to Monday, April 28, at 9:00 a.m., or such other time as is convenient with the court. In support of the continuance the undersigned says the following.

    The sentencing is currently scheduled for Monday, March 31, 2008. I need to attend the funeral of my mother's husband on the East coast on Tuesday, April 1, 2008. I am scheduled to leave on Friday, March 28, to be there a few days early to handle some family business occasioned by his death.

    I have discussed this with counsel for the defendant, Robert J. Lauchlan, Jr., Esq. of McKenna, Long & Aldridge, LLP, in San Diego, California. He has kindly consented to the

1 continuance, and has advised me that the proposed date of April 28 is convenient for both himself
2 and his client. He has further authorized me to so inform the court.
3      Wherefore the United States respectfully requests that the sentencing in this matter be
4 continued to Monday April 28, 2008, ay 9:00 a.m.

6 Date: March 26, 2008                    Respectfully submitted,

7                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

10                                        _____
                                          GARY G. FRY
                                          Assistant United States Attorney