E-FILED 4/4/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. No. 07-00760 RMW |
| Plaintiff ) | **ORDER OF THE COURT CONTINUING SENTENCING DATE** |
| v. ) | |
| MOHAMMAD MAYSSAMI, ) | |
| Defendant ) | |

On motion of the United States, without objection from the defendant, and for good cause shown, the court ORDERS that the sentencing in the above captioned matter is continued from Monday, March 31, 2008, at 9:00 a.m. to Monday, April 28, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Date: April 4, 2008

/s/ Ronald M. Whyte

HONORABLE RONALD M. WHYTE
United States District Court Judge