1 | ROBERT S. BREWER, JR. (SBN 65294)
     E-mail: rbrewer@mckennalong.com
2 | ROBERT J. LAUCHLAN, JR. (SBN 118545)
     E-mail: rlauchlan@mckennalong.com
3 | MCKENNA LONG & ALDRIDGE LLP
    750 B Street, Suite 3300
4 | San Diego, CA 92101
    Telephone: (619) 595-5400
5 | Facsimile: (619) 595-5450

6 | Attorneys for Defendant,
    MOHAMMAD MAYSSAMI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:07-cr-00760-RMW (PVT) |
|---|---|
| Plaintiff, | **APPLICATION FOR RETURN OF IRANIAN AND UNITED STATES PASSPORTS OF MR. MAYSSAMI; DECLARATION OF COUNSEL** |
| v. | |
| MOHAMMAD MAYSSAMI, | |
| Defendant. | HON. PATRICIA V. TRUMBULL |

   Defendant Mohammad Mayssami hereby applies to the Court for an order authorizing that both his Iranian and United States passports be returned to him.

   Mr. Mayssami previously surrendered both his Iranian and United States passports to the Court.

   On April 28, 2008, at his probation hearing and sentence, he received a probationary sentence, with no period of imprisonment, intermittent confinement, community confinement, electronic monitoring or home detention.

   Mr. Mayssami's parents and other relatives reside in Iran.

   International travel is sometimes beneficial in the course of Mr. Mayssami's diamond business.

1     Undersigned counsel has spoken with Assistant United States Attorney Gary G. Fry, who has no objection to the defense request that the Court return to Mr. Mayssami both his Iranian and United States passports.

4     This application is based upon this declaration of undersigned counsel, filed and served herewith.

6     By signing and filing this application, I hereby declare under penalty of perjury that the facts asserted in support of the request are true and correct

Dated: April 29, 2008

Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

*/s/ Robert J. Lauchlan, Jr.*
ROBERT S. BREWER, JR.
ROBERT J. LAUCHLAN, JR.
Attorneys for Defendant MOHAMMAD MAYSSAMI

SD:22164853.1

U.S. v. Mohammad Mayssami
Case No. 5:07-cr-00760-RMW (PVT)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following document(s):

- **APPLICATION FOR RETURN OF IRANIAN AND UNITED STATES PASSPORTS OF MR. MAYSSAMI; DECLARATION OF COUNSEL**

- **[PROPOSED] ORDER AUTHORIZING RETURN OF IRANIAN AND UNITED STATES PASSPORTS**

☒ was served upon all counsel of record via CM/ECF as indicated/listed on the United States District Court, Northern District of California's CM/ECF registered email list in the above-referenced matter (as set forth below):

| *Attorneys for Plaintiff*<br>*United States of America* | Gary G. Fry, Esq.<br>Assistant United States Attorney<br>United States Attorney's Office<br>150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113<br>(408) 535-5061 / Fax (408) 535-5066<br>Gary.Fry@usdoj.gov |
|---|---|

☒ via personal service, overnight mail (VIA UPS Overnight), facsimile, first class mail or e-mail, as indicated below:

| *United States Probation Office* | Mr. Brian D. Casai, U.S. Probation Officer<br>United States Probation Office<br>1301 Clay Street, Suite 220S<br>Oakland, CA 94612-5208<br>Telephone:  (510) 637-3600<br>Facsimile:    (510) 637-3625 |
|---|---|

*Via Facsimile and U.S. Mail*

Executed this 29th day of April, 2008, at San Diego, California.

_____
Jamie L. Hornsby

SD:22164892.1

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

CERTIFICATE OF SERVICE                    CASE NO. 5:07-cr-00760-RMW (PVT)