UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMAD MAYSSAMI,<br><br>    Defendant. | Case No. 5:07-cr-00760-RMW (PVT)<br><br>**[PROPOSED] ORDER AUTHORIZING RETURN OF IRANIAN AND UNITED STATES PASSPORTS**<br><br>HON. PATRICIA V. TRUMBULL |

Upon application of defendant and good cause appearing,

IT IS HEREBY ORDERED that both the Iranian and United States passports which defendant MOHAMMAD MAYSSAMI previously surrendered to the Court be returned to him or his counsel forthwith.

Dated: _____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

SD:22164891.1