***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** April 28, 2008         **TIME:** 9:00 am

**CRIMINAL NOS.:** CR-07-00760-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- MOHAMMAD MAYSSAMI  (P)
         **APPEARANCES:**

**PLTF:** AUSA: G. Fry         **DEFT:** R. Lauchlan
         **PROBATION OFFICER:**      B. Casai

**COURT ACTION: JUDGMENT AND SENTENCING**

**Hearing Held. The Court sentenced the defendant to 2 years of probation as to Count 1 of the Information. The defendant shall perform 160 hours of community service. The Court ordered that defendant pay a special assessment in the amount of $100, which shall be due immediately. It is further ordered that defendant pay a fine in the amount of $10,000. See Judgment for specifics.**

         */s/ Jackie Garcia*
           **JACKIE GARCIA**
          **Courtroom Deputy**