# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MOHAMMAD MAYSSAMI,<br><br>        Defendant. | Case No. 5:07-cr-00760-RMW (PVT)<br><br>[~~XXXXXXXXX~~] **ORDER AUTHORIZING RETURN OF IRANIAN AND UNITED STATES PASSPORTS**<br><br>HON. PATRICIA V. TRUMBULL |

Upon application of defendant and good cause appearing,

IT IS HEREBY ORDERED that both the Iranian and United States passports which defendant MOHAMMAD MAYSSAMI previously surrendered to the Court be returned to him or his counsel forthwith.

Dated: April 30, 2008

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

SD:22164891.1

---

ORDER AUTHORIZING RETURN OF PASSPORTS      CASE NO. 5:07-cr-00760-RMW (PVT)