06/06/2008 05:10 PM EST                                                                                              Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MOHAMMAD MAYSSAMI | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461003043 | 1 | PR | 100.00 | 04/28/2008 |

Case No. DCAN507CR000760
US VS MAYSSAMI

Division Payment Total       100.00

Grand Total                  100.00

FILED
JUN 9 - 2008
CLERK
NORTHERN

$100.00 SPECIAL ASSESSMENT on 4/28/08
PAID IN FULL

Page 1 of 1