

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

June 25, 2008

**FILED**

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Ronald M. Whyte
United States District Judge
San Jose, CA

Re:   Mohammad Mayssami
      Docket No.: CR 07-00760-001 RMW
      <u>TRAVEL REQUEST</u>

Your Honor:

On April 28, 2008, the offender was sentenced by Your Honor to Two years probation, for a violation of the following: Count One: Failure to Report a Suspicious Transaction, 31 U.S.C. § 5322(a), a Class D felony. The following special conditions of supervision were ordered: Fine $10,000; community service 160 hours. Supervision commenced on April 28, 2008.

Mr. Mayssami has requested that he be permitted to travel with his family to Tehran, Iran, to visit his parents in July or August 2008 (exact dates to be determined by Southern District of California). The duration of the trip would be approximately four weeks.

Mr. Mayssami has been supervised by the Southern District of California since being placed on probation on April 28, 2008. According to his supervising officer, Mr. Mayssami has complied with all conditions off supervision during this time.

The undersigned recommends that travel be approved.

Respectfully submitted,                                  Reviewed by:

_____                                _____
Richard A. Brown                                         Daniel Zurita
U.S. Probation Officer Specialist                        Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Mohammad Mayssami
CR 07-00760-001 RMW

Page 2

Travel is:
☑ Approved
☐ Denied

___7/7/08___
Date

*Ronald M. Whyte* (signature)
Ronald M. Whyte
United States District Judge