08/14/2008 08:42 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MOHAMMAD MAYSSAMI | DCAN507CR000760 | 504100 | FINE-CRIME VICTIMS FUND | 10,019.77 | 0.00 | CT 34611021227 | 1 | PR | 9,000.00 | 07/14/2008 |
| 001 | MOHAMMAD MAYSSAMI | | 504100 | FINE-CRIME VICTIMS FUND | 10,019.77 | 0.00 | CT 34611021227 | 1 | IN | 19.77 | 07/14/2008 |
| 001 | MOHAMMAD MAYSSAMI | | 504100 | FINE-CRIME VICTIMS FUND | 10,019.77 | 0.00 | CT 54611003408 | 1 | PR | 1,000.00 | 06/20/2008 |
| | | | | | | | | Sub-Total | | 10,019.77 | |
| 001 | MOHAMMAD MAYSSAMI | | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611003043 | 1 | PR | 100.00 | 04/28/2008 |
| | | | | | | | Division Payment Total | | | 10,119.77 | |
| | | | | | | | Grand Total | | | 10,119.77 | |

US VS MAYSSAMI

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$10,000.00 FINE PAID IN FULL ON 7/14/2008
PLUS PER U.S. ATTORNEY'S FLU INTEREST OF $19.77

Page 1 of 1